Submitted May 29, affirmed June 26, petition for review denied
November 27, 2013 (354 Or 490)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JABBAR AL-KHAFAGI,
*Defendant-Appellant.*

Multnomah County Circuit Court
090951207; A148012

304 P3d 808

Peter Gartlan, Chief Defender, and Erik Blumenthal, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Cecil A. Reniche-Smith, Assistant Attorney General, filed the brief for respondent.

Before Wollheim, Presiding Judge, and Duncan, Judge, and Rasmussen, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Hart,* 299 Or 128, 139, 699 P2d 1113 (1985) (holding that the defendant was not entitled to a civil jury trial under the restitution statutes in ORS chapter 137); *State v. N. R. L.,* 249 Or App 321, 329-30, 277 P3d 564, *rev allowed,* 352 Or 377 (2012) (explaining that subsequent amendments to the juvenile and criminal restitution statutes were intended to further deterrent and rehabilitative purposes).